

FILED

APR 3 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMANTHA PALACIOS,<br><br>Defendant | Case No. 22-cr-2346-TWR<br>**ORDER AND JUDGMENT OF DISMISSAL** |
|---|---|

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Defendant Samantha Palacios without prejudice. All pending motions are withdrawn, and all future hearings are vacated.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED AND ADJUDGED.

DATED: 4/3/23

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE